UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLUSA COUNTY JAIL,<br><br>　　　　　Defendant. | No. 2:16-cv-2790 CKD P<br><br><br>ORDER |

  Plaintiff, a county jail inmate, has filed a letter to the court concerning conditions at the Colusa County Jail. (ECF No. 1.) This letter is not accompanied by the court's form to commence a prisoner civil rights action – indicating, e.g., whether administrative remedies have been exhausted – and does not constitute a proper pleading. Plaintiff has filed additional documents (ECF Nos. 9 & 10) which do not cure the defects of this pleading.

  In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure. The court will not issue any orders granting or denying relief until an action has been properly commenced.

  Plaintiff has also filed a motion to proceed in forma pauperis that makes the showing required by 28 U.S.C. § 1915(a). (ECF No. 8.) The court will grant plaintiff's motion if and when a proper complaint is filed in this action.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action;

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The complaint must bear the docket number assigned this case. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of Court is directed to rename the filing at ECF No. 1 "Letter Concerning Jail Conditions" in the docket of this action.

Dated: January 3, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / azev2790.nocompl