UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO,<br><br>             Plaintiff,<br><br>     v.<br><br>COLUSA COUNTY JAIL,<br><br>             Defendant. | No.  2:16-cv-2790 CKD P<br><br><br>ORDER |

Plaintiff, a county jail inmate, commenced this action by filing a letter concerning conditions at the Colusa County Jail.  On January 3, 2017, the court granted plaintiff thirty days to file a proper complaint or face dismissal of this action.  The thirty day period has passed, and plaintiff has not filed a complaint.  Thus, the court will not rule on plaintiff's request to proceed in forma pauperis, but dismiss this action without prejudice.  Plaintiff has consented to magistrate judge jurisdiction to conduct all proceedings in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice; and

2. The Clerk of Court shall close this case.

Dated:  February 14, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / azev2790.fta

1